≋JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

BARBARA POVIO

**DEFENDANTS**

TIMOTHY DUANE ALLEN, ANTHONY W. CONNER, ANTHONY W. CONNER, INC.

**(b)** County of Residence of First Listed Plaintiff    unknown county, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

*E-filing*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Law Offices of David J. Bennion, 95 S. Market St., Suite 360, San Jose, CA 95113, (408) 298-1948

Attorneys (If Known)

**BZ**

Mark F. Hazelwood, Low, Ball & Lynch, 505 Montgomery St., 7th Floor, San Francisco, CA 94111-2584, (415) 981-6630

**ADR**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ❒ 1  U.S. Government Plaintiff | ❒ 3  Federal Question (U.S. Government Not a Party) |
| ❒ 2  U.S. Government Defendant | ▨ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ▨ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ▨ 2 | Incorporated *and* Principal Place of Business In Another State | ❒ 5 | ▨ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❒ 610 Agriculture | ❒ 422 Appeal 28 USC 158 | ❒ 400 State Reapportionment |
| ❒ 120 Marine | ❒ 310 Airplane | ❒ 362 Personal Injury - | ❒ 620 Other Food & Drug | ❒ 423 Withdrawal | ❒ 410 Antitrust |
| ❒ 130 Miller Act | ❒ 315 Airplane Product | Med. Malpractice | ❒ 625 Drug Related Seizure | 28 USC 157 | ❒ 430 Banks and Banking |
| ❒ 140 Negotiable Instrument | Liability | ❒ 365 Personal Injury - | of Property 21 USC 881 | | ❒ 450 Commerce |
| ❒ 150 Recovery of Overpayment | ❒ 320 Assault, Libel & | Product Liability | ❒ 630 Liquor Laws | **PROPERTY RIGHTS** | ❒ 460 Deportation |
| & Enforcement of Judgment | Slander | ❒ 368 Asbestos Personal | ❒ 640 R.R. & Truck | ❒ 820 Copyrights | ❒ 470 Racketeer Influenced and |
| ❒ 151 Medicare Act | ❒ 330 Federal Employers' | Injury Product | ❒ 650 Airline Regs. | ❒ 830 Patent | Corrupt Organizations |
| ❒ 152 Recovery of Defaulted | Liability | Liability | ❒ 660 Occupational | ❒ 840 Trademark | ❒ 480 Consumer Credit |
| Student Loans | ❒ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ❒ 490 Cable/Sat TV |
| (Excl. Veterans) | ❒ 345 Marine Product | ❒ 370 Other Fraud | ❒ 690 Other | | ❒ 810 Selective Service |
| ❒ 153 Recovery of Overpayment | Liability | ❒ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ❒ 850 Securities/Commodities/ |
| of Veteran's Benefits | ▨ 350 Motor Vehicle | ❒ 380 Other Personal | ❒ 710 Fair Labor Standards | ❒ 861 HIA (1395ff) | Exchange |
| ❒ 160 Stockholders' Suits | ❒ 355 Motor Vehicle | Property Damage | Act | ❒ 862 Black Lung (923) | ❒ 875 Customer Challenge |
| ❒ 190 Other Contract | Product Liability | ❒ 385 Property Damage | ❒ 720 Labor/Mgmt. Relations | ❒ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ❒ 195 Contract Product Liability | ❒ 360 Other Personal | Product Liability | ❒ 730 Labor/Mgmt. Reporting | ❒ 864 SSID Title XVI | ❒ 890 Other Statutory Actions |
| ❒ 196 Franchise | Injury | | & Disclosure Act | ❒ 865 RSI (405(g)) | ❒ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❒ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ❒ 892 Economic Stabilization Act |
| ❒ 210 Land Condemnation | ❒ 441 Voting | ❒ 510 Motions to Vacate | ❒ 790 Other Labor Litigation | ❒ 870 Taxes (U.S. Plaintiff | ❒ 893 Environmental Matters |
| ❒ 220 Foreclosure | ❒ 442 Employment | Sentence | ❒ 791 Empl. Ret. Inc. | or Defendant) | ❒ 894 Energy Allocation Act |
| ❒ 230 Rent Lease & Ejectment | ❒ 443 Housing/ | **Habeas Corpus:** | Security Act | ❒ 871 IRS—Third Party | ❒ 895 Freedom of Information |
| ❒ 240 Torts to Land | Accommodations | ❒ 530 General | | 26 USC 7609 | Act |
| ❒ 245 Tort Product Liability | ❒ 444 Welfare | ❒ 535 Death Penalty | | | ❒ 900 Appeal of Fee Determination |
| ❒ 290 All Other Real Property | ❒ 445 Amer. w/Disabilities - | ❒ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ❒ 550 Civil Rights | | | to Justice |
| | ❒ 446 Amer. w/Disabilities - | ❒ 555 Prison Condition | | | ❒ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ❒ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| ❒ 1 Original Proceeding | ▨ 2 Removed from State Court | ❒ 3 Remanded from Appellate Court | ❒ 4 Reinstated or Reopened | ❒ 5 Transferred from another district (specify) | ❒ 6 Multidistrict Litigation | ❒ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. sections 1332, 1441(b)

Brief description of cause:
Personal injury - motor vehicle

## VII. REQUESTED IN COMPLAINT:

❒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ❒ Yes    ▨ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE    August 25, 2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone  (415) 981-6630
4  Facsimile  (415) 982-1634

5  Attorneys for Defendants
   ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
6  and TIMOTHY DUANE ALLEN

E-filing

7

8                     UNITED STATES DISTRICT COURT                          **BZ**

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        **CV  08          4051**

11  BARBARA POVIO                              )  (Alameda County Superior Court
                                               )  Case No. HG08397723)
12            Plaintiff                        )
                                               )  NOTICE OF REMOVAL OF
13      v.                                     )  ACTION UNDER 28 U.S.C.
                                               )  § 1441(b) (DIVERSITY
14  TIMOTHY DUANE ALLEN, ANTHONY W.            )  JURISDICTION)
    CONNER, ANTHONY W. CONNER, INC.            )
15                                             )
              Defendants.                      )
16  _____     )

17        PLEASE TAKE NOTICE that defendants ANTHONY W. CONNER, ANTHONY W. CONNER,

18  INC., and TIMOTHY DUANE ALLEN ("Defendants") hereby remove to this Court the state court action

19  described below.

20        1.      On July 11, 2008, an action was commenced in the Superior Court of the State of

21  California, in and for the County of Alameda, entitled BARBARA POVIO v. TIMOTHY DUANE

22  ALLEN *et al*, as case number HG08397723, attached hereto as Exhibit A.

23        2.      Said complaint was served on Defendants by certified mail on July 16, 2008.  Pursuant to

24  California Code of Civil Procedure § 415.40, service of the complaint therefore became effective on July

25  26, 2008.

26        4.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.

27  § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28

28  U.S.C. § 1441(b), in that complete diversity among the parties exists, and no defendant is a citizen of

-1-

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY JURISDICTION)
J:\1159\SF0246\Pld\REM-not(fed).wpd

1 | California: removing defendants are informed and believe that plaintiff BARBARA POVIO is a citizen of

2 | California; defendant ANTHONY W. CONNER is a citizen of Idaho; defendant ANTHONY W.

3 | CONNER, INC., is an Idaho corporation with its principal place of business in Idaho; defendant

4 | TIMOTHY DUANE ALLEN is a citizen of Idaho. In addition, Defendants are informed and believe that

5 | the amount in controversy exceeds the jurisdictional limit of $ 75,000 (*see* Declaration of Mark F.

6 | Hazelwood filed herewith).

7 |     7.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon

8 | Defendants is attached hereto as Exhibit B.

9 |

10 |     Dated: August  2-1 , 2008.

11 |                                LOW, BALL & LYNCH

12 |

13 |                         By_____

14 |                            MARK F. HAZELWOOD

                           DIRK D. LARSEN

15 |                            Attorneys for Defendants

                           ANTHONY W. CONNER dba ANTHONY W.

16 |                            CONNER, INC. and TIMOTHY DUANE ALLEN

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY JURISDICTION)
J:\1159\SF0246\Pld\REM-not(fed).wpd

PLD-PI-001

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>David J. Bennion, Esq. -- State Bar #38960<br>Law Offices of David J. Bennion<br>95 S. Market St.<br>Suite 360<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 298-1948    FAX NO. *(Optional):* (408) 298-1977<br>E-MAIL ADDRESS *(Optional):* dbennion@djbennion.com<br>ATTORNEY FOR *(Name):* Barbara Fovio | **FILED BY FAX**<br>ALAMEDA COUNTY<br>July 11, 2008<br>CLERK OF<br>THE SUPERIOR COURT<br>By Robbi McIntosh, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 24405 Amador St., 3rd Floor<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Hayward 94544<br>BRANCH NAME: Hayward Hall of Justice | CASE NUMBER:<br>**HG08397723** |

PLAINTIFF: Barbara J. Fovio


DEFENDANT: Timothy Duane Allan, Anthony W. Conner, Anthony W. Conner, Inc., and

[X] DOES 1 TO 25

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED *(Number):*<br>Type *(check all that apply):*<br>[X] MOTOR VEHICLE    [ ] OTHER *(specify):*<br>[ ] Property Damage    [ ] Wrongful Death<br>[X] Personal Injury    [ ] Other Damages *(specify):* | CASE NUMBER: |

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
             [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE *(exceeds $25,000)*
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

1. Plaintiff *(name or names):* Barbara J. Fovio

alleges causes of action against defendant *(name or names):* Timothy Duane Allen, Anthony W. Conner, Anthony W. Conner, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: Four (4)

3. Each plaintiff named above is a competent adult
  a. [ ] except plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

  b. [ ] except plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

  [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Code of Civil Procedure, § 425.12

Legal<br>Solutions<br>CA PLUS

PLD-PI-001

| SHORT TITLE: Povio v. Allen | CASE NUMBER: |
|---|---|

4. ☐ **Plaintiff** *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except defendant** *(name)*: Anthony W. Conner, Inc.

   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   b. ☐ **except defendant** *(name)*:

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   c. ☐ **except defendant** *(name)*:

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   d. ☐ **except defendant** *(name)*:

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 16 through 20 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants *(specify Doe numbers)*: 1-15 and 21-25 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: Povio v. Allen | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. [X] Motor Vehicle
   b. [ ] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other (specify):

11. Plaintiff has suffered
   a. [X] wage loss
   b. [ ] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [ ] property damage
   f. [ ] loss of earning capacity
   g. [ ] other damage (specify):

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: July 10, 2008

David J. Bennion, Esq.
(TYPE OR PRINT NAME)

        ▶ _David J. Bennion_
         (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PAGE 5 of 6

PLD-PI-001(1)

| SHORT TITLE: Povio v. Allen | CASE NUMBER: |
|---|---|

**First** _____ **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

*Plaintiff (name):* Barbara J. Povio

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* April 15, 2007
at *(place):* I-238 Northbound 2640 feet North of 238 ALA 14.95.

MV-2. **DEFENDANTS**

a. [x] The defendants who operated a motor vehicle are *(names):* Timothy Duane Allen

[ ] Does _____ to _____

b. [x] The defendants who employed the persons who operated a motor vehicle in the course of their employment
are *(names):* Anthony W. Conner, Anthony W. Conner, Inc.

[x] Does 1 to 5

c. [x] The defendants who owned the motor vehicle which was operated with their permission are *(names):*
Anthony W. Conner, Anthony W. Conner, Inc.

[x] Does 6 to 10

d. [x] The defendants who entrusted the motor vehicle are *(names):* Anthony W. Conner, Anthony W.
Conner, Inc.

[x] Does 11 to 15

e. [x] The defendants who were the agents and employees of the other defendants and acted within the scope
of the agency were *(names):*

[x] Does 16 to 20

f. [x] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f [ ] as follows:

[x] Does 21 to 25

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Legal
Solutions
Plus

Code of Civil Procedure 425.12

Page 1 of 1

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Timothy Duane Allen, Anthony W. Conner, Anthony W. Conner, Inc.

and DOES 1 to 25

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
Barbara J. Povio

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED BY FAX
ALAMEDA COUNTY
July 14, 2008
CLERK OF
THE SUPERIOR COURT
By Denise Dalton, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), tel el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* RG08397723 |
|---|---|

Superior Court
24405 Amador St., 3rd Floor

Hayward 94544
Hayward Hall of Justice

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David J. Bennion, Esq. -- State Bar #38960      (408) 298-1948   (408) 298-1977 Fax
Law Offices of David J. Bennion
95 S. Market St.
San Jose, CA 95113

| DATE: *(Fecha)* July 14, 2008 | Clerk, by *(Secretario)* Denis A Dalton | , Deputy *(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* ANTHONY W. CONNER, INC.

under: ☑ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**



Code of Civil Procedure §§ 412.20, 465

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| David J. Bennion, Esq. -- State Bar #38960<br>Law Offices of David J. Bennion<br>95 S. Market St.<br>Suite 360<br>San Jose, CA 95113<br>TELEPHONE NO: (408) 298-1948   FAX NO. (Optional): (408) 298-1977<br>E-MAIL ADDRESS (Optional): dbennion@djbennion.com<br>ATTORNEY FOR (Name): Barbara Povio | FILED BY FAX<br>ALAMEDA COUNTY<br>July 11, 2008<br>CLERK OF<br>THE SUPERIOR COURT<br>By Robbi McIntosh, Deputy<br>CASE NUMBER:<br>HG08397723 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 24405 Amador St., 3rd Floor
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward 94544
BRANCH NAME: Hayward Hall of Justice

PLAINTIFF: Barbara J. Povio

DEFENDANT: Timothy Duane Allan, Anthony W. Conner, Anthony W. Conner, Inc., and

[X] DOES 1 TO 25.

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| ☐ AMENDED (Number):<br>Type (check all that apply):<br>[X] MOTOR VEHICLE     ☐ OTHER (specify):<br>    ☐ Property Damage     ☐ Wrongful Death<br>    [X] Personal Injury    ☐ Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>    Amount demanded    ☐ does not exceed $10,000<br>                            ☐ exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>    ☐ from limited to unlimited<br>    ☐ from unlimited to limited | CASE NUMBER: |

1. Plaintiff (name or names): Barbara J. Povio

   alleges causes of action against defendant (name or names): Timothy Duane Allen, Anthony W. Conner, Anthony W. Conner, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages: Four (4)
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal
Solutions
PLUS

Code of Civil Procedure, § 425.12

PLD-PI-001

| | |
|---|---|
| SHORT TITLE: Povio v. Allen | CASE NUMBER: |

4. ☐ Plaintiff (name):
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☒ except defendant (name): Anthony W. Conner, Inc.

    (1) ☐ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  c. ☐ except defendant (name):

    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  b. ☐ except defendant (name):

    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  d. ☐ except defendant (name):

    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☒ Doe defendants (specify Doe numbers): 16 through 20 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants (specify Doe numbers): 1-15 and 21-25 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
  a. ☐ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: Povio v. Allen | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):

a. [X] Motor Vehicle
b. [ ] General Negligence
c. [ ] Intentional Tort
d. [ ] Products Liability
e. [ ] Premises Liability
f. [ ] Other (specify):

11. Plaintiff has suffered

a. [X] wage loss
b. [ ] loss of use of property
c. [X] hospital and medical expenses
d. [X] general damage
e. [ ] property damage
f. [ ] loss of earning capacity
g. [ ] other damage (specify):

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. [ ] listed in Attachment 12.
b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) [X] compensatory damages
   (2) [ ] punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
   (1) [X] according to proof
   (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: July 10, 2008

David J. Bennion, Esq.
(TYPE OR PRINT NAME)

▶ _David J. Bennion_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

PLD-PI-001(1)

| SHORT TITLE: Fovio v. Allen | CASE NUMBER: |
|---|---|

First_____ **CAUSE OF ACTION---Motor Vehicle**
_(number)_

**ATTACHMENT TO** [x] Complaint  [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

_Plaintiff (name):_ Barbara J. Fovio

MV-1.  Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries
and damages to plaintiff; the acts occurred
on _(date):_  April 15, 2007
at _(place):_  I-238 Northbound 2640 feet North of 238 ALA 14.95.

MV-2.  **DEFENDANTS**

a. [x] The defendants who operated a motor vehicle are _(names):_ Timothy Duane Allen

[ ] Does _____ to _____
b. [x] The defendants who employed the persons who operated a motor vehicle in the course of their employment
are _(names):_ Anthony W. Conner, Anthony W. Conner, Inc.

[x] Does 1_____ to 5_____
c. [x] The defendants who owned the motor vehicle which was operated with their permission are _(names):_
Anthony W. Conner, Anthony W. Conner, Inc.

[x] Does 6_____ to 10_____
d. [x] The defendants who entrusted the motor vehicle are _(names):_  Anthony W. Conner, Anthony W.
Conner, Inc.

[x] Does 11_____ to 15_____
e. [x] The defendants who were the agents and employees of the other defendants and acted within the scope
of the agency were _(names):_

[x] Does 16_____ to 20_____
f. [x] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f  [ ] as follows:

[x] Does 21_____ to 25_____

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]   **CAUSE OF ACTION---Motor Vehicle**   Legal Solutions Plus   Code of Civil Procedure 425.12

Page 1 of 1

Law Offices Of David J. Bennion
Attn: Bennion, David J.
95 S. Market Street
Suite 360
San Jose, CA   95113

## Superior Court of California, County of Alameda

| | |
|---|---|
| Povio<br><br>                Plaintiff/Petitioner(s)<br><br>        vs.<br><br>Allen<br>                Defendant/Respondent(s)<br>    (Abbreviated Title) | No. HG08397723<br><br>NOTICE OF CASE MANAGEMENT<br>CONFERENCE AND ORDER<br>Unlimited Jurisdiction |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.**

Notice is given that a Case Management Conference has been scheduled as follows:

| | | |
|---|---|---|
| Date: 11/26/2008<br>Time: 03:15 PM | Department: 24<br>Location: Administration Building<br>       Third Floor<br>       1221 Oak Street, Oakland  CA  94612<br><br>   Internet: http://www.alameda.courts.ca.gov | Judge:  Patrick J. Zika<br>Clerk:  Benilda Nelson<br>Clerk telephone:  (510) 267-6940<br>E-mail:<br>Dept.24@alameda.courts.ca.gov<br>Fax:  (510) 267-1509 |

### ORDERS

1. You must:
   a. Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
   b. Give notice of this conference to any party not included in this notice and file proof of service;
   c. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
   d. File and serve a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is mandatory) at least 15 days before the Case Management Conference (CRC 3.725)

2. If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30.  The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference.  Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4. The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
   a. Referring to ADR and setting an ADR completion date
   b. Dismissing or severing claims or parties
   c. Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 07/15/2008.

By      _Lisa A. Hofeta_
                          Deputy Clerk

### Superior Court of California, County of Alameda



### Notice of Judicial Assignment for All Purposes

Case Number: HG08397723
Case Title:    Povio VS Allen
Date of Filing: 07/11/2008

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case is hereby assigned for all purposes to:

|                |                                |
|----------------|--------------------------------|
| Judge:         | Patrick J. Zika                |
| Department:    | 24                             |
| Address:       | Administration Building        |
|                | 1221 Oak Street                |
|                | Oakland CA 94612               |
| Phone Number:  | (510) 267-6940                 |
| Fax Number:    | (510) 267-1509                 |
| Email Address: | Dept.24@alameda.courts.ca.gov  |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

<u>General Procedures</u>

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Patrick J. Zika
DEPARTMENT 24

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

The use of e-mail is generally preferred by the court to reduce the heavy burden on court staff in responding to telephone and fax communications, particularly for requests relating to scheduling of case management events. Use of e-mail will greatly facilitate a prompt response by the court and staff to your inquiries.

Please note that use of e-mail/fax is not a substitute for the filing of pleadings or other documents.

Counsel and self-represented parties are reminded of the obligation to provide copies of all such communications to opposing counsel and self-represented parties on a contemporaneous basis.

If the communication requests a response from the court, e-mail addresses of all opposing counsel/self represented parties shall be supplied in the original e-mail whenever available to the sender.

When sending an e-mail, the e-mail must be free of viruses and preferably in Microsoft Word format. Do not send the Court Courtesy copy of any pleading unless specifically requested.

## Schedule for Department 24

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions. Parties must confer on agreeable dates consistent with the court's schedules before contacting the clerk to reserve a date.

- Trials generally are held: Mondays through Thursdays at 9:00 a.m.

- Case Management Conferences are held: Initial Case Management Conferences: Wednesdays and Thursdays at 3:15 p.m.

- Case Management Conference Continuances: Fridays at 9:00 a.m.

- Law and Motion matters are heard: Mondays and Tuesdays at 3:15 p.m. Contact the clerk to reserve a date before filing any law and motion matters. For Tentative rulings, please see specifically Local Rule 3.30(c). To contest a ruling, call or e-mail Dept. 24 in a timely manner.

- Settlement Conferences are heard: Fridays at 10:00 a.m.

- Ex Parte matters are heard: Mondays and Wednesdays at 3:00 p.m. Contact the clerk to reserve a date and time before noticing any party.

- Contact the clerk to reserve a date before filing any demurrers. Contact the clerk to reserve a date before filing any summary judgments.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email:       Dept.24@alameda.courts.ca.gov

  Trial Management Compliance hearings and first day of trial: Fridays at 2:00 p.m.
  Compliance hearings are heard:  Mondays through Thursdays at 3:15 p.m. and
  Fridays at 9:00 a.m.

- Ex Parte Matters
  Email:       Dept.24@alameda.courts.ca.gov

  Contact the clerk to reserve a date and time before noticing any party.

## Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rules.  Tentative rulings
will become the Court's order unless contested in accordance with the Local Rules.
Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 24
- Phone:  1-866-223-2244

Dated: 07/14/2008

Executive Officer / Clerk of the Superior Court

By    _Tim A. Anfer_
                                          Deputy Clerk

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct.  I am the clerk of the above-named court and
not a party to this cause.  I served this Notice by placing copies in envelopes addressed as
shown on the attached Notice of Initial Case Management Conference and then by sealing
and placing them for collection, stamping or metering with prepaid postage, and mailing on
the date stated below, in the United States mail at Alameda County, California, following
standard court practices.

Executed on 07/15/2008

By _____
Deputy Clerk



1 | MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, # 246028
2 | LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
3 | San Francisco, California  94111-2584
Telephone  (415) 981-6630
4 | Facsimile  (415) 982-1634

ENDORSED
FILED
ALAMEDA COUNTY

AUG 2 5 2008

CLERK OF THE SUPERIOR COURT
By    BARBARA LAMOTTE
                                Deputy

5 | Attorneys for Defendants
ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
6 | and TIMOTHY DUANE ALLEN

7

8 |                    SUPERIOR COURT OF CALIFORNIA

9 |            COUNTY OF ALAMEDA - UNLIMITED JURISDICTION

10

11 | BARBARA POVIO                     )    No. HG08397723
                                      )
12 |            Plaintiff             )    [Assigned for all purposed to
                                      )     Hon. Patrick J. Zika, Dept. 24]
13 |      v.                          )
                                      )    NOTICE OF FILING REMOVAL
14 | TIMOTHY DUANE ALLEN, ANTHONY W.  )    OF ACTION
CONNER, ANTHONY W. CONNER, INC.       )
15 |                                  )
            Defendants.              )
16 | _____)

17 |      TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

18 |      PLEASE TAKE NOTICE that defendants ANTHONY W. CONNER, ANTHONY W. CONNER,

19 | INC., AND TIMOTHY DUANE ALLEN hereby remove this action to the United States District Court

20 | for the Northern District of California.

21

22 |      Dated: August  21 , 2008.

23 |                                        LOW, BALL & LYNCH

24

25 |                                   By_____

26 |                                        MARK F. HAZELWOOD
DIRK D. LARSEN
27 |                                        Attorneys for Defendants
ANTHONY W. CONNER dba ANTHONY W.
28 |                                        CONNER, INC. and TIMOTHY DUANE ALLEN

-1-

NOTICE OF FILING REMOVAL OF ACTION

J:\1159\SF0246\Pld\REM-not(st).wpd

COPY

1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone  (415) 981-6630
4  Facsimile  (415) 982-1634

5  Attorneys for Defendants
   ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
6  and TIMOTHY DUANE ALLEN

7

ENDORSED
FILED
ALAMEDA COUNTY

AUG 2 5 2008

CLERK OF THE SUPERIOR COURT
By___BARBARA LAMOTTE
                          Deputy

8                SUPERIOR COURT OF CALIFORNIA

9           COUNTY OF ALAMEDA - UNLIMITED JURISDICTION

10

11  BARBARA POVIO                    )    No. HG08397723
                                     )
12            Plaintiff              )    [Assigned for all purposed to
                                     )     Hon. Patrick J. Zika, Dept. 24]
13      v.                           )
                                     )    NOTICE TO ADVERSE PARTY
14  TIMOTHY DUANE ALLEN, ANTHONY W.  )    OF REMOVAL TO FEDERAL
    CONNER, ANTHONY W. CONNER, INC.  )    COURT
15                                   )
              Defendants.            )
16  _____)

17

18  TO PLAINTIFF BARBARA POVIO AND HER ATTORNEY OF RECORD:

19      PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States

20  District Court for the Northern District of California on August 25, 2008.

21      A copy of the said Notice of Removal is attached to this Notice, and is served and filed herewith.

22

23  Dated: August 25, 2008.

24                                   LOW, BALL & LYNCH

25

26                                   By_____
                                        MARK F. HAZELWOOD
27                                      DIRK D. LARSEN
                                        Attorneys for Defendants
28                                      ANTHONY W. CONNER dba ANTHONY W.
                                        CONNER, INC. and TIMOTHY DUANE ALLEN

-1-

J:\1159\SF0246\Pld\REM-not(pltf).wpd

1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone  (415) 981-6630
4  Facsimile  (415) 982-1634

5  Attorneys for Defendants
   ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
6  and TIMOTHY DUANE ALLEN

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 BARBARA POVIO                          )  (Alameda County Superior Court
                                          )   Case No. HG08397723)
12         Plaintiff                       )
                                          )  NOTICE OF REMOVAL OF
13     v.                                  )  ACTION UNDER 28 U.S.C.
                                          )  § 1441(b) (DIVERSITY
14 TIMOTHY DUANE ALLEN, ANTHONY W.         )  JURISDICTION)
   CONNER, ANTHONY W. CONNER, INC.         )
15                                          )
           Defendants.                     )
16 _____)

17         PLEASE TAKE NOTICE that defendants ANTHONY W. CONNER, ANTHONY W. CONNER,

18 INC., and TIMOTHY DUANE ALLEN ("Defendants") hereby remove to this Court the state court action

19 described below.

20         1.       On July 11, 2008, an action was commenced in the Superior Court of the State of

21 California, in and for the County of Alameda, entitled BARBARA POVIO v. TIMOTHY DUANE

22 ALLEN et al, as case number HG08397723, attached hereto as Exhibit A.

23         2.       Said complaint was served on Defendants by certified mail on July 16, 2008.  Pursuant to

24 California Code of Civil Procedure § 415.40, service of the complaint therefore became effective on July

25 26, 2008.

26         4.       This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.

27 § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28

28 U.S.C. § 1441(b), in that complete diversity among the parties exists, and no defendant is a citizen of

-1-

1   California: removing defendants are informed and believe that plaintiff BARBARA POVIO is a citizen of

2   California; defendant ANTHONY W. CONNER is a citizen of Idaho; defendant ANTHONY W.

3   CONNER, INC., is an Idaho corporation with its principal place of business in Idaho; defendant

4   TIMOTHY DUANE ALLEN is a citizen of Idaho.  In addition, Defendants are informed and believe that

5   the amount in controversy exceeds the jurisdictional limit of $ 75,000 (*see* Declaration of Mark F.

6   Hazelwood filed herewith).

7         7.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon

8   Defendants is attached hereto as Exhibit B.

9

10      Dated:  August  2-1 , 2008.

11                                              LOW, BALL & LYNCH

12

13                                      By _____

14                                          MARK F. HAZELWOOD
                                            DIRK D. LARSEN
15                                          Attorneys for Defendants
                                            ANTHONY W. CONNER dba ANTHONY W.
16                                          CONNER, INC. and TIMOTHY DUANE ALLEN

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY JURISDICTION)
J:\1159\SF0246\Pld\REM-not(fed).wpd

# EXHIBIT A

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> David J. Bennion, Esq. — State Bar #38960 <br> Law Offices of David J. Bennion <br> 95 S. Market St. <br> Suite 360 <br> San Jose, CA 95113 <br> TELEPHONE NO: (408) 298-1948   FAX NO. (Optional): (408) 298-1577 <br> E-MAIL ADDRESS (Optional): dbennion@djbennion.com <br> ATTORNEY FOR (Name): Barbara Povio | FOR COURT USE ONLY <br><br> FILED BY FAX <br> ALAMEDA COUNTY <br><br> July 11, 2008 <br><br> CLERK OF <br> THE SUPERIOR COURT <br> By Robbi McIntosh, Deputy <br><br> CASE NUMBER: <br> HG08397723 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 24405 Amador St., 3rd Floor
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward 94544
BRANCH NAME: Hayward Hall of Justice

PLAINTIFF: Barbara J. Povio

DEFENDANT: Timothy Duane Allen, Anthony W. Conner,
Anthony W. Conner, Inc., and

[X] DOES 1 TO 25

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[X] MOTOR VEHICLE        [ ] OTHER (specify):
  [ ] Property Damage        [ ] Wrongful Death
  [X] Personal Injury          [ ] Other Damages (specify):

| Jurisdiction (check all that apply): | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE <br> Amount demanded [ ] does not exceed $10,000 <br>       [ ] exceeds $10,000, but does not exceed $25,000 <br> [X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) <br> [ ] ACTION IS RECLASSIFIED by this amended complaint <br>      [ ] from limited to unlimited <br>      [ ] from unlimited to limited | |

1. Plaintiff (name or names): Barbara J. Povio

    alleges causes of action against defendant (name or names): Timothy Duane Allen, Anthony W. Conner,
    Anthony W. Conner, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages: Four (4)
3. Each plaintiff named above is a competent adult
    a. [ ] except plaintiff (name):
       (1) [ ] a corporation qualified to do business in California
       (2) [ ] an unincorporated entity (describe):
       (3) [ ] a public entity (describe):
       (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
       (5) [ ] other (specify):

    b. [ ] except plaintiff (name):
       (1) [ ] a corporation qualified to do business in California
       (2) [ ] an unincorporated entity (describe):
       (3) [ ] a public entity (describe):
       (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
       (5) [ ] other (specify):

    [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use <br> Judicial Council of California <br> PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal
Solutions
Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: Povio v. Allen | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)*: Anthony W.      c. ☐ except defendant *(name)*:
   Conner, Inc.

   (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
   (2) ☒ a corporation      (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:      (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:      (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:      (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:      d. ☐ except defendant *(name)*:

   (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
   (2) ☐ a corporation      (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:      (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:      (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 16 through 20      were the agents or employees of other
   named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1-15 and 21-25      are persons whose capacities are unknown to
   plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: Povio v. Allen | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. [X] Motor Vehicle
   b. [ ] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other (specify):

11. Plaintiff has suffered
   a. [X] wage loss
   b. [ ] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [ ] property damage
   f. [ ] loss of earning capacity
   g. [ ] other damage (specify):

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: July 10, 2008

David J. Bennion, Esq.
(TYPE OR PRINT NAME)

▶ _David J. Bennion_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(1)

| SHORT TITLE: Povio v. Allen | CASE NUMBER: |
|---|---|

First _____ CAUSE OF ACTION—Motor Vehicle
    (number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Barbara J. Povio

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
    on *(date):* April 15, 2007
    at *(place):* I-238 Northbound 2640 feet North of 238 ALA 14.95.

MV-2. DEFENDANTS
    a. [X] The defendants who operated a motor vehicle are *(names):* Timothy Duane Allen

    [ ] Does _____ to _____
    b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment
        are *(names):* Anthony W. Conner, Anthony W. Conner, Inc.

    [X] Does 1 to 5
    c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names):*
        Anthony W. Conner, Anthony W. Conner, Inc.

    [X] Does 6 to 10
    d. [X] The defendants who entrusted the motor vehicle are *(names):* Anthony W. Conner, Anthony W.
        Conner, Inc.

    [X] Does 11 to 15
    e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope
        of the agency were *(names):*

    [X] Does 16 to 20
    f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        [ ] listed in Attachment MV-2f [ ] as follows:

    [X] Does 21 to 25

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) (Rev. January 1, 2007)          CAUSE OF ACTION—Motor Vehicle          Legal
Solutions
Plus          Page 1 of 1
Code of Civil Procedure 425.12

# EXHIBIT B

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Timothy Duane Allen, Anthony W. Conner, Anthony W.
Conner, Inc.

and DOES 1 to 25
**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Barbara J. Povio

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED BY FAX**
ALAMEDA COUNTY
July 14, 2008
CLERK OF
THE SUPERIOR COURT
By Denise Dalton, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court
24405 Amador St., 3rd Floor

CASE NUMBER: HG08397723

Hayward 94544
Hayward Hall of Justice
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David J. Bennion, Esq. — State Bar #38960    (408) 298-1948    (408) 298-1977 Fax
Law Offices of David J. Bennion
95 S. Market St.
San Jose, CA 95113
DATE:                                              Clerk, by    Denise A Dalton                    , Deputy
*(Fecha)* July 14, 2008                            *(Secretario)*                        *(Adjunto)*
(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [✓] on behalf of *(specify):* ANTHONY W. CONNER, INC.

under: [✓] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
       [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
       [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
       [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Legal
Solutions
Cal. Plus

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address):
David J. Bennion, Esq. — State Bar #38960
Law Offices of David J. Bennion
95 S. Market St.
Suite 360
San Jose, CA 95113
TELEPHONE NO: (408) 298-1948    FAX NO. (Optional): (408) 298-1977
E-MAIL ADDRESS (Optional): dbennion@djbennion.com
ATTORNEY FOR (Name): Barbara Povio

FOR COURT USE ONLY
FILED BY FAX
ALAMEDA COUNTY
July 11, 2008
CLERK OF
THE SUPERIOR COURT
By Robbi McIntosh, Deputy
CASE NUMBER:
HG08397723

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 24405 Amador St., 3rd Floor
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward 94544
BRANCH NAME: Hayward Hall of Justice

PLAINTIFF: Barbara J. Povio

DEFENDANT: Timothy Duane Allan, Anthony W. Conner,
Anthony W. Conner, Inc., and

[X] DOES 1 TO 25

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[X] MOTOR VEHICLE          [ ] OTHER (specify):
    [ ] Property Damage        [ ] Wrongful Death
    [X] Personal Injury        [ ] Other Damages (specify):

CASE NUMBER:

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded   [ ] does not exceed $10,000
                      [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

1. Plaintiff (name or names): Barbara J. Povio

alleges causes of action against defendant (name or names): Timothy Duane Allan, Anthony W. Conner,
Anthony W. Conner, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages: Four (4)
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: Povio v. Allen | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name):* Anthony W.
   Conner, Inc.

   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 16 through 20      were the agents or employees of other
   named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1-15 and 21-25      are persons whose capacities are unknown to
   plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: Povio v. Allen | CASE NUMBER: |
| --- | --- |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. [X] Motor Vehicle
    b. [ ] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other (specify):

11. Plaintiff has suffered
    a. [X] wage loss
    b. [ ] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [ ] property damage
    f. [ ] loss of earning capacity
    g. [ ] other damage (specify):

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [ ] punitive damages
    The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
    (1) [X] according to proof
    (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: July 10, 2008

David J. Bennion, Esq.
(TYPE OR PRINT NAME)

▶ _(signature)_ David J. Bennion
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(1)

| SHORT TITLE: Povio v. Allen | CASE NUMBER: |
| --- | --- |

First                    CAUSE OF ACTION—Motor Vehicle
_(number)_

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

Plaintiff _(name):_ Barbara J. Povio

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on _(date):_ April 15, 2007
at _(place):_ I-238 Northbound 2640 feet North of 238 ALA 14.95.

MV-2. DEFENDANTS
a. [X] The defendants who operated a motor vehicle are _(names):_ Timothy Duane Allen

[ ] Does _____ to _____
b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are _(names):_ Anthony W. Conner, Anthony W. Conner, Inc.

[X] Does 1 to 5
c. [X] The defendants who owned the motor vehicle which was operated with their permission are _(names):_
Anthony W. Conner, Anthony W. Conner, Inc.

[X] Does 6 to 10
d. [X] The defendants who entrusted the motor vehicle are _(names):_ Anthony W. Conner, Anthony W. Conner, Inc.

[X] Does 11 to 15
e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names):_

[X] Does 16 to 20
f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f [ ] as follows:

[X] Does 21 to 25

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Legal
Solutions
Plus

Code of Civil Procedure 425.12

Law Offices Of David J. Bennion
Attn: Bennion, David J.
95 S. Market Street
Suite 360
San Jose, CA  95113

## Superior Court of California, County of Alameda

| Povio | | No. HG08397723 |
|---|---|---|
| | Plaintiff/Petitioner(s) | |
| VS. | | NOTICE OF CASE MANAGEMENT |
| | | CONFERENCE AND ORDER |
| Allen | | Unlimited Jurisdiction |
| | Defendant/Respondent(s) | |
| | (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.

Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 11/26/2008 | Department: 24 | Judge: Patrick J. Zika |
|---|---|---|
| Time: 03:15 PM | Location: **Administration Building** | Clerk: Benilda Nelson |
| | **Third Floor** | Clerk telephone: (510) 267-6940 |
| | **1221 Oak Street, Oakland CA 94612** | E-mail: Dept.24@alameda.courts.ca.gov |
| | Internet: http://www.alameda.courts.ca.gov | Fax: (510) 267-1509 |

### ORDERS

1.  You must:
    a.  Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
    b.  Give notice of this conference to any party not included in this notice and file proof of service;
    c.  Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
    d.  File and serve a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is <u>mandatory</u>) at least 15 days before the Case Management Conference (CRC 3.725)

2.  If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3.  You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4.  The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
    a.  Referring to ADR and setting an ADR completion date
    b.  Dismissing or severing claims or parties
    c.  Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 07/15/2008.

By _Susan A. Hofsler_

Deputy Clerk

*Superior Court of California, County of Alameda*



*Notice of Judicial Assignment for All Purposes*

Case Number: HG08397723
Case Title:    Povio VS Allen
Date of Filing: 07/11/2008

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case is hereby assigned for all purposes to:

|  |  |
|---|---|
| Judge: | Patrick J. Zika |
| Department: | 24 |
| Address: | Administration Building |
|  | 1221 Oak Street |
|  | Oakland  CA  94612 |
| Phone Number: | (510) 267-6940 |
| Fax Number: | (510) 267-1509 |
| Email Address: | Dept.24@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

General Procedures

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Patrick J. Zika
DEPARTMENT 24

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

The use of e-mail is generally preferred by the court to reduce the heavy burden on court staff in responding to telephone and fax communications, particularly for requests relating to scheduling of case management events. Use of e-mail will greatly facilitate a prompt response by the court and staff to your inquiries.

Please note that use of e-mail/fax is not a substitute for the filing of pleadings or other documents.

Counsel and self-represented parties are reminded of the obligation to provide copies of all such communications to opposing counsel and self-represented parties on a contemporaneous basis.

If the communication requests a response from the court, e-mail addresses of all opposing counsel/self represented parties shall be supplied in the original e-mail whenever available to the sender.

When sending an e-mail, the e-mail must be free of viruses and preferably in Microsoft Word format. Do not send the Court Courtesy copy of any pleading unless specifically requested.

### Schedule for Department 24

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions. Parties must confer on agreeable dates consistent with the court's schedules before contacting the clerk to reserve a date.

- Trials generally are held: Mondays through Thursdays at 9:00 a.m.
- Case Management Conferences are held: Initial Case Management Conferences: Wednesdays and Thursdays at 3:15 p.m.
- Case Management Conference Continuances: Fridays at 9:00 a.m.
- Law and Motion matters are heard: Mondays and Tuesdays at 3:15 p.m. Contact the clerk to reserve a date before filing any law and motion matters. For Tentative rulings, please see specifically Local Rule 3.30(c). To contest a ruling, call or e-mail Dept. 24 in a timely manner.
- Settlement Conferences are heard: Fridays at 10:00 a.m.
- Ex Parte matters are heard: Mondays and Wednesdays at 3:00 p.m. Contact the clerk to reserve a date and time before noticing any party.
- Contact the clerk to reserve a date before filing any demurrers. Contact the clerk to reserve a date before filing any summary judgments.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email:    Dept.24@alameda.courts.ca.gov

  Trial Management Compliance hearings and first day of trial: Fridays at 2:00 p.m.
  Compliance hearings are heard: Mondays through Thursdays at 3:15 p.m. and
  Fridays at 9:00 a.m.

- Ex Parte Matters
  Email:    Dept.24@alameda.courts.ca.gov

  Contact the clerk to reserve a date and time before noticing any party.

## Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 24
- Phone: 1-866-223-2244

Dated: 07/14/2008                        Executive Officer / Clerk of the Superior Court

By    _Sean A. Hofeld_
                      Deputy Clerk

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct. I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 07/15/2008          By    _Lisa A. Hodges_____
                                          Deputy Clerk

1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone  (415) 981-6630
4  Facsimile  (415) 982-1634

5  Attorneys for Defendants
   ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
6  and TIMOTHY DUANE ALLEN

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  BARBARA POVIO                        )    (Alameda County Superior Court
                                         )    Case No. HG08397723)
12              Plaintiff                )
                                         )    DECLARATION OF MARK F.
13     v.                                )    HAZELWOOD IN SUPPORT OF
                                         )    DEFENDANTS ANTHONY W.
14  TIMOTHY DUANE ALLEN, ANTHONY W.      )    CONNER, ANTHONY W.
    CONNER, ANTHONY W. CONNER, INC.      )    CONNER, INC., AND TIMOTHY
15                                       )    DUANE ALLEN'S NOTICE OF
                Defendants.              )    REMOVAL OF ACTION
16  _____ )

17

18        I, MARK F. HAZELWOOD, declare as follows:

19        1.    I have personal knowledge of the following facts, and could and would testify competently

20  thereto if called upon to do so, except those facts to which I declare upon information and belief, which I

21  am informed and believe to be true.

22        2.    I am an attorney at law duly licensed to practice before all courts of the State of California

23  and before the U.S. District Court for the Northern District of California, and am a shareholder with the

24  law firm of Low, Ball & Lynch, attorneys of record herein for defendants ANTHONY W. CONNER,

25  ANTHONY W. CONNER, INC., and TIMOTHY DUANE ALLEN ("Defendants").

26        3.    I have been practicing law in California since 1988.  I have handled hundreds of personal-

27  injury cases, including over 100 cases involving injuries to the cervical spine.  I am a member of the

28  Association of Defense Counsel of Northern California; the Defense Research Institute; and the Trucking

-1-

1  Industry Defense Association (T.I.D.A.).

2      4.    Based on my review of the claims file of Defendants' insurer regarding the present matter,

3  I am informed and believe that plaintiff BARBARA POVIO ("Plaintiff") is alleging property damage of

4  at least $ 11,093.95 arising out of the subject incident, which figure represents the charges for repairing

5  Plaintiff's vehicle.

6      5.    Based on my review of the claims file of Defendants' insurer regarding the present matter,

7  I am informed and believe that Plaintiff underwent surgery to her cervical spine in May 2008, that his

8  surgery resulted in complications, including choking, and that Plaintiff attributes the need for this surgery

9  to the subject incident.

10     6.    Based on my review of the claims file of Defendants' insurer regarding the present matter,

11  I am informed and believe that Plaintiff attributes memory deficits to the subject incident.

12     7.    Based on my review of the claims file of Defendants' insurer regarding the present matter,

13  I am informed and believe that Plaintiff underwent a second surgical procedure, a C6-7 anterior

14  disectomy with fusion with plate, in June 2008.

15     8.    Based on my review of the claims file of Defendants' insurer regarding the present matter,

16  I am informed and believe that Plaintiff attributes a shoulder injury potentially requiring surgery to the

17  subject incident.

18     9.    It is my opinion, based on my training and twenty years of experience handling personal-

19  injury cases, that the amount in controversy in a case involving at least two surgical procedures to the

20  cervical spine, alleged memory deficits, property damage of at least $ 11,093.95, and the potential need

21  for future surgery, would well exceed the District Court's jurisdictional limit of $ 75,000 pursuant to 28

22  U.S.C. § 1332(a).

23      I swear under penalty of perjury under the laws of the State of California that the foregoing is true

24  and correct to the best of my own personal knowledge.

25

26  Executed this _21st_ day of August, 2008, in San Francisco, California.

27

28

MARK F. HAZELWOOD

DECLARATION OF MARK F. HAZELWOOD IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL
J:\1159\SF0246\Pld\REM-Hzlwd.dec.wpd

COPY

1   MARK F. HAZELWOOD, # 136521
    DIRK D. LARSEN, # 246028
2   LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
3   San Francisco, California 94111-2584
    Telephone (415) 981-6630
4   Facsimile (415) 982-1634

5   Attorneys for Defendants
    ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
6   and TIMOTHY DUANE ALLEN

7

8                    SUPERIOR COURT OF CALIFORNIA

9              COUNTY OF ALAMEDA - UNLIMITED JURISDICTION

10

11  BARBARA PAVIO                      )    No. HG08397723
                                       )
12          Plaintiff                  )    PROOF OF SERVICE
                                       )
13      v.                             )
                                       )
14  TIMOTHY DUANE ALLEN, ANTHONY W.    )
    CONNER, ANTHONY W. CONNER, INC.    )
15                                     )
            Defendants.                )
16  _____)

17

18

19

20

21

22

23

24

25

26

27

28

ENDORSED
FILED
ALAMEDA COUNTY

AUG 2 5 2008

CLERK OF THE SUPERIOR COURT
By_ BARBARA LAMOTTE
                          Deputy

-1-

J:\1159\SF0246\Pld\REM-pos(st).wpd

1  *Povio v. Allen, et al.*
   Alameda County Superior Court Case No.: HG08397723
2

3                        **PROOF OF SERVICE**

4        I am over the age of eighteen (18) years and not a party to the within action.  I am employed at

5  Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

6        On the date indicated below, I served the following documents enclosed in a sealed envelope on

7  the listed addresses:

8  **DOCUMENT:**

9  1.    CIVIL COVER SHEET;
   2.    NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY
10        JURISDICTION);
   3.    DECLARATION OF MARK F. HAZELWOOD IN SUPPORT OF DEFENDANTS ANTHONY
11        W. CONNER, ANTHONY W. CONNER, INC. AND TIMOTHY DUANE ALLEN'S NOTICE
         OF REMOVAL OF ACTION;
12 4.    NOTICE OF ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;
   5.    NOTICE OF FILING REMOVAL OF ACTION; and
13 6.    PROOF OF SERVICE

14 **ADDRESSES:**
   David J. Bennion, Esq.
15 Law Offices Of David J. Bennion
   95 S. Market Street
16 San Jose, CA 95113
   Telephone: 408/298-1948
17 Facsimile: 408/298-1977

18 [X]   **(BY MAIL)**  I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited
         same for collection and mailing at San Francisco, California, following ordinary business
19       practices, addressed as set forth below.

20 [ ]   **(BY PERSONAL SERVICE)**  I caused each such envelope to be delivered by hand to the
         addressees noted above or on the attachment herein by _____ Legal Services.
21

   [ ]   **(BY FACSIMILE)**  I caused the said document to be transmitted by Facsimile transmission to
22       the number indicated after the addresses noted above or on the attachment herein.

23 [ ]   **(BY OVERNIGHT COURIER)**  I caused each such envelope addressed to the parties to be
         deposited in a box or other facility regularly maintained by the overnight courier or driver
24       authorized by the overnight courier to receive documents.

25        I am readily familiar with this law firm's practice for the collection and processing of documents

26 for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are

27 deposited with the United States Postal Service or overnight courier depository on the same day in the

28 ordinary course of business.

J:\I 159\SF0246\Pld\REM-pos(st).wpd

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Executed at San Francisco, California on August 25, 2008.

3

4                                       *Stephanie Gravem*

5                                   Stephanie Gravem

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

J:\1159\SF0246\Pld\REM-pos(st).wpd