1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone  (415) 981-6630
4  Facsimile  (415) 982-1634

5  Attorneys for Defendants
   ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
6  and TIMOTHY DUANE ALLEN

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          CV 08  4051

11  BARBARA POVIO                     )  (Alameda County Superior Court
                                       )  Case No. HG08397723)
12          Plaintiff                  )
                                       )  DECLARATION OF MARK F.
13     v.                              )  HAZELWOOD IN SUPPORT OF
                                       )  DEFENDANTS ANTHONY W.
14  TIMOTHY DUANE ALLEN, ANTHONY W.    )  CONNER, ANTHONY W.
    CONNER, ANTHONY W. CONNER, INC.    )  CONNER, INC., AND TIMOTHY
15                                     )  DUANE ALLEN'S NOTICE OF
            Defendants.                )  REMOVAL OF ACTION
16                                     )

17

18       I, MARK F. HAZELWOOD, declare as follows:

19       1.    I have personal knowledge of the following facts, and could and would testify competently

20  thereto if called upon to do so, except those facts to which I declare upon information and belief, which I

21  am informed and believe to be true.

22       2.    I am an attorney at law duly licensed to practice before all courts of the State of California

23  and before the U.S. District Court for the Northern District of California, and am a shareholder with the

24  law firm of Low, Ball & Lynch, attorneys of record herein for defendants ANTHONY W. CONNER,

25  ANTHONY W. CONNER, INC., and TIMOTHY DUANE ALLEN ("Defendants").

26       3.    I have been practicing law in California since 1988. I have handled hundreds of personal-

27  injury cases, including over 100 cases involving injuries to the cervical spine. I am a member of the

28  Association of Defense Counsel of Northern California; the Defense Research Institute; and the Trucking

1 Industry Defense Association (T.I.D.A.).

2     4.     Based on my review of the claims file of Defendants' insurer regarding the present matter, I am informed and believe that plaintiff BARBARA POVIO ("Plaintiff") is alleging property damage of at least $ 11,093.95 arising out of the subject incident, which figure represents the charges for repairing Plaintiff's vehicle.

    5.     Based on my review of the claims file of Defendants' insurer regarding the present matter, I am informed and believe that Plaintiff underwent surgery to her cervical spine in May 2008, that his surgery resulted in complications, including choking, and that Plaintiff attributes the need for this surgery to the subject incident.

    6.     Based on my review of the claims file of Defendants' insurer regarding the present matter, I am informed and believe that Plaintiff attributes memory deficits to the subject incident.

    7.     Based on my review of the claims file of Defendants' insurer regarding the present matter, I am informed and believe that Plaintiff underwent a second surgical procedure, a C6-7 anterior disectomy with fusion with plate, in June 2008.

    8.     Based on my review of the claims file of Defendants' insurer regarding the present matter, I am informed and believe that Plaintiff attributes a shoulder injury potentially requiring surgery to the subject incident.

    9.     It is my opinion, based on my training and twenty years of experience handling personal-injury cases, that the amount in controversy in a case involving at least two surgical procedures to the cervical spine, alleged memory deficits, property damage of at least $ 11,093.95, and the potential need for future surgery, would well exceed the District Court's jurisdictional limit of $ 75,000 pursuant to 28 U.S.C. § 1332(a).

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my own personal knowledge.

Executed this 21st day of August, 2008, in San Francisco, California.

_____
MARK F. HAZELWOOD

-2-