1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile  (415) 982-1634

5  Attorneys for Defendants
   ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
6  and TIMOTHY DUANE ALLEN

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV 08 4051

| BARBARA POVIO | |
|---|---|
| Plaintiff | (Alameda County Superior Court Case No. HG08397723) |
| v. | PROOF OF SERVICE |
| TIMOTHY DUANE ALLEN, ANTHONY W. CONNER, ANTHONY W. CONNER, INC. | |
| Defendants. | |

-1-
PROOF OF SERVICE
J:\1159\SF0246\Pld\REM-pos(fed).wpd

*Povio v. Allen, et al.*
United States District Court, Northern District of California, Case No.

# PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:**

1. CIVIL COVER SHEET;
2. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY JURISDICTION);
3. DECLARATION OF MARK F. HAZELWOOD IN SUPPORT OF DEFENDANTS ANTHONY W. CONNER, ANTHONY W. CONNER, INC. AND TIMOTHY DUANE ALLEN'S NOTICE OF REMOVAL OF ACTION;
4. NOTICE OF ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;
5. NOTICE OF FILING REMOVAL OF ACTION; and
6. PROOF OF SERVICE

**ADDRESSES:**
David J. Bennion, Esq.
Law Offices Of David J. Bennion
95 S. Market Street
San Jose, CA 95113
Telephone: 408/298-1948
Facsimile: 408/298-1977

[X]   **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]   **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]   **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed at San Francisco, California on August 25, 2008.

*Stephanie Gravem*
Stephanie Gravem