1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
6  and TIMOTHY DUANE ALLEN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BARBARA POVIO                          )  Case No. C 08-04051 BZ
                                          )
12            Plaintiff                   )  (Hon. Bernard Zimmerman,
                                          )  Magistrate Judge)
13       v.                               )
                                          )  PROOF OF SERVICE
14 TIMOTHY DUANE ALLEN, ANTHONY W.        )
   CONNER, ANTHONY W. CONNER, INC.        )
15                                        )
              Defendants.                 )
16                                        )

-1-
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY JURISDICTION)
J:\I159\SF0246\Pld\POS-REM.wpd                                CASE NO.. C 08-04051 BZ

1  *Povio v. Allen, et al.*
2  United States District Court, Northern District of California, Case No. CV 08 04051 BZ

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:**

1. Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;
2. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
3. Welcome to the U.S. District Court, San Francisco;
4. ECF Registration Information Handout;
5. Order Setting Initial Case Management Conference and ADR Deadlines (including Standing Orders); and
6. Proof of Service

**ADDRESSES:**
David J. Bennion, Esq.
Law Offices Of David J. Bennion
95 S. Market Street
San Jose, CA 95113
Telephone: 408/298-1948
Facsimile: 408/298-1977

[X]  **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]  **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]  **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]  **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

PROOF OF SERVICE

J:\1159\SF0246\Pld\POS-REM.wpd

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed at San Francisco, California on August 26, 2008.

*Stephanie Gravem*
Stephanie Gravem