David J. Bennion, Esq. – State Bar #38960
**LAW OFFICES OF DAVID J. BENNION**
95 South Market Street
Suite 360
San Jose, CA 95113
(408) 298-1948
(408) 298-1977 Fax

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. POVIO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>TIMOTHY DUANE ALLEN, ANTHONY W. CONNER, ANTHONY W. CONNER, INC., and DOES 1 to 250, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:08 CV 04051 BZ<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Barbara J. Povio, hereby demands trial by jury in this action.

Dated: August ___, 2008                LAW OFFICES OF DAVID J. BENNION


                                        By: _____/S/_____
                                            DAVID J. BENNION
                                            Attorney for Plaintiff

- 1 -
Demand for Jury Trial                                        Case No.: 3:08 CV 4051 BZ