David J. Bennion, Esq. – State Bar #38960
**LAW OFFICES OF DAVID J. BENNION**
95 South Market Street
Suite 360
San Jose, CA 95113
(408) 298-1948
(408) 298-1977 Fax

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. POVIO,<br><br>               Plaintiff,<br><br>     v.<br><br>TIMOTHY DUANE ALLEN, ANTHONY W. CONNER, ANTHONY W. CONNER, INC., and DOES 1 to 250, inclusive,<br><br>               Defendants. | Case No.: 3:08 CV 04051 BZ<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case Name:**  **Povio v. Allen, et al.**
**Case No.:**  **3:08 CV 04051 BZ**

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 95 S. Market Street, Suite 360, San Jose, California 95113. On August 28, 2008, I served the foregoing document, described as set forth below on the interested parties in this action by placing a true copy thereof enclosed in a parcel at San Jose, California, and addressed as indicated below:

**Documents Served:**

**DEMAND FOR JURY TRIAL**

**Parties Served:**

Mark F. Hazelwood, Esq.
Dirk D. Larsen
Low, Ball & Lynch
505 Montgomery Street, 7th Street
San Francisco, CA 94111-2584
(415) 981-6630
(415) 982-1634 Fax

__X__    **(By Regular Mail)** I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

_____    **(By Federal Express)** I personally delivered the above document(s) to a Federal Express Station to be delivered on a priority basis on the next business day to the law offices listed above.

_____    **(By Facsimile)** I sent a true copy thereof via telephone facsimile transmission to the law offices listed above.

__X__    **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Jose, California, on August 28, 2008.

Sean Nolen