MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
and TIMOTHY DUANE ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA POVIO<br><br>Plaintiff<br><br>v.<br><br>TIMOTHY DUANE ALLEN, ANTHONY W. CONNER, ANTHONY W. CONNER, INC.<br><br>Defendants. | Case No. C 08-04051 BZ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 28, 2008.

LOW, BALL & LYNCH

By_____
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendants
ANTHONY W. CONNER dba ANTHONY W.
CONNER, INC. and TIMOTHY DUANE ALLEN

---