**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                       General Court Number
Clerk                                                                                          415.522.2000

**September 2, 2008**

**CASE NUMBER:  CV 08-04051 BZ**
**CASE TITLE:  BARBARA POVIO-v-TIMOTHY D ALLEN**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SAMUEL CONTI** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 9/2/08

FOR THE EXECUTIVE COMMITTEE:

———————————————
                                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                              Special Projects
Log Book Noted                                                     Entered in Computer 9/2/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                           Transferor CSA