MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone  (415) 981-6630
Facsimile  (415) 982-1634

Attorneys for Defendants
ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
and TIMOTHY DUANE ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA POVIO<br><br>　　　　Plaintiff<br><br>　　v.<br><br>TIMOTHY DUANE ALLEN, ANTHONY W. CONNER, ANTHONY W. CONNER, INC.<br><br>　　　　Defendants. | Case No. C 08-04051 SC<br><br>DEFENDANTS ANTHONY W. CONNER dba ANTHONY W. CONNER, INC. and TIMOTHY DUANE ALLEN'S ANSWER TO PLAINTIFF'S COMPLAINT |

Come now defendants ANTHONY W. CONNER dba ANTHONY W. CONNER, INC. and TIMOTHY DUANE ALLEN ("Defendants") and in answer to the Complaint on file herein admit, deny, and allege as follows:

1.

In answer to Paragraph 1 of the Complaint, this paragraph simply lists the parties to the action and contains no factual allegations that Defendants can admit or deny.

2.

In answer to Paragraph 2 of the Complaint, this paragraph simply lists the number of pages contained in the Complaint and contains no factual allegations that Defendants can admit or deny.

3.

In answer to the allegations of Paragraph 3 of the Complaint, Defendants admit that plaintiff BARBARA POVIO ("Plaintiff") is a competent adult.

-1-

4.

In answer to the allegations of Paragraph 4 of the Complaint, these defendants have no information or belief to enable them to answer whether Plaintiff is doing business under a fictitious name, and for that reason and basing their denial on that ground, deny that allegation.

5.

In answer to the allegations of Paragraph 5 of the Complaint, Defendants admit that defendants Timothy Duane Allen and Anthony W. Conner are natural persons, and that defendant Anthony W. Conner, Inc., is a corporation.

6.

In answer to the allegations of Paragraph 6 of the Complaint, Defendants have no information or belief to enable them to answer the allegations contained therein, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

7.

In answer to Paragraph 7 of the Complaint, this paragraph does not list any defendants joined under California Code of Civil Procedure section 382, and for that reason, does not contain any factual allegations that Defendants can admit or deny.

8.

In answer to the allegations of Paragraph 8 of the Complaint, Defendants admit that the injuries alleged in the Complaint are alleged to have occurred within the jurisdictional area of the Superior Court of the State of California, in and for the County of Alameda, and further state that the United States District Court for the Northern District of California has original jurisdiction pursuant to 28 U.S.C. § 1332 and removal jurisdiction pursuant to 28 U.S.C. § 1441(b), as complete diversity exists among the parties, and no defendant is a citizen of the State of California.

9.

In answer to the allegations of Paragraph 9 of the Complaint, Defendants have no information or belief to enable them to answer the allegations contained therein, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the

1 allegations contained therein.

10.

3  In answer to Paragraph 10 of the Complaint, this paragraph simply states that certain causes of action are attached to the Complaint and thus contains no factual allegations that Defendants can admit or deny.

11.

In answer to the allegations of Paragraph 11 of the Complaint, Defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

12.

In answer to Paragraph 12 of the Complaint, this paragraph contains no statement on the part of Plaintiff and thus does not contain any factual allegations that Defendants can admit or deny.

13.

In answer to the allegations of Paragraph 13 of the Complaint, Defendants admit that the relief sought in the Complaint is within the jurisdiction of the Superior Court of the State of California and of the United States District Court for the Northern District of California.

14.

In answer to Paragraph 14 of the Complaint, this paragraph is a prayer for relief and thus contains no factual allegations that Defendants can admit or deny.

15.

In answer to Paragraph 15 of the Complaint, this paragraph contains no statement on the part of Plaintiff and thus does not contain any factual allegations that Defendants can admit or deny.

16.

In answer to the allegations of Paragraph MV-1 of the Complaint, Defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

17.

In answer to the allegations of Paragraph MV-2 of the Complaint, Defendants admit that defendant Timothy Duane Allen operated a motor vehicle; admit that defendant Anthony W. Conner, Inc., owned the motor vehicle and entrusted said motor vehicle to defendant Timothy Duane Allen; deny

that defendant Anthony W. Conner owned the motor vehicle or entrusted said motor vehicle to defendant Timothy Duane Allen.

## FIRST AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

That plaintiff assumed the risk of any injuries and/or damages resulting from the matters set forth in said complaint, and that said assumption of risk by plaintiff was a cause of the injuries and/or damages alleged by plaintiff, if any there were.

## SECOND AFFIRMATIVE DEFENSE

AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

That plaintiff was herself negligent and careless in and about the matters and events set forth in the complaint, and that said negligence contributed to her alleged injuries and/or damages. A verdict of the jury in favor of plaintiff, if any, which may be rendered in this case must therefore be reduced by the percentage that plaintiff's negligence contributed to the accident and injuries complained of, if any there were.

## THIRD AFFIRMATIVE DEFENSE

AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

That the complaint does not state facts sufficient to constitute a cause of action against these answering defendants.

## FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff's cause of action is barred by reason of the provisions of California Code of Civil Procedure sections 335.1, 337, 337.1, 338, 339, 340, and 343.

## FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff failed to mitigate her damages.

///

SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

The subject accident was caused by the negligence of Plaintiff or others.

SEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Should plaintiff recover non-economic damages against any defendant, the liability for non-economic damages is limited to the degree of fault and several liability of said defendant pursuant to Civil Code section 1431.2 and a separate, several judgment shall be rendered against said defendant based upon said defendant's degree of fault and several liability.

**JURY DEMAND**

Defendants hereby demand a jury trial in this action.

WHEREFORE, defendants pray that plaintiff takes nothing by way of the complaint on file herein and that defendants have judgment for their costs, attorneys' fees and for such other and further relief as the court deems proper.

Dated: September 4, 2008.

LOW, BALL & LYNCH

By_____
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendants
ANTHONY W. CONNER dba ANTHONY W.
CONNER, INC. and TIMOTHY DUANE ALLEN