1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone  (415) 981-6630
4  Facsimile  (415) 982-1634

5  Attorneys for Defendants
   ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
6  and TIMOTHY DUANE ALLEN

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | BARBARA POVIO,                          ) Case No. C 08-04051 SC
                                             )
12 |     Plaintiff,                          )
                                             ) STIPULATION AND [PROPOSED]
13 | v.                                      ) ORDER REGARDING CONTINUANCE
                                             ) OF TRIAL DATE
14 | TIMOTHY DUANE ALLEN, ANTHONY W.         )
   | CONNER, ANTHONY W. CONNER, INC.,        )
15 |                                         )
   |     Defendants.                         )
16 | _____)

17

18     Plaintiff Barbara Povio and Defendants Timothy Duane Allen, Anthony W. Connor and Anthony

19 W. Connor, Inc. hereby stipulate the trial in this matter be continued from August 10, 2009 to August 17,

20 2009 in the above-referenced Court. All other dates set by the Court at the Case Management

21 Conference of December 19, 2008 shall remain the same.

22     IT IS SO STIPULATED.

23                                          LOW, BALL & LYNCH

24
                                            By _____
25 Dated: January 20, 2009.                    MARK F. HAZELWOOD
                                               DIRK D. LARSEN
26                                             Attorneys for Defendants
                                               ANTHONY W. CONNER dba ANTHONY W.
27                                             CONNER, INC. and TIMOTHY DUANE ALLEN

28

J:\1159\SP0246\Pld\Stip-Trial-Continuance.wpd

```
 1                                          LAW OFFICES OF DAVID J. BENNION
 2
 3   Dated: January 16, 2009.          By  /s/ David J. Bennion
                                           DAVID J. BENNION
 4                                         Attorney for Plaintiff
                                           BARBARA POVIO
 5
 6   IT IS SO ORDERED.
 7
 8   Dated: January 22, 2009.          By  /s/ Samuel Conti
                                           THE HONORABLE SAMUEL CONTI
 9                                         UNITED STATES DISTRICT JUDGE
10
...
28
```

J:\1159\SF0246\Pld\Stip-Trial-Continuance.wpd