MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone  (415) 981-6630
Facsimile   (415) 982-1634

Attorneys for Defendants
ANTHONY W. CONNER dba ANTHONY W. CONNER, INC.
and TIMOTHY DUANE ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA POVIO, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY DUANE ALLEN, ANTHONY W. CONNER, ANTHONY W. CONNER, INC., <br><br> Defendants. | Case No. C 08-04051 SC <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

   1.   The Parties have entered into a Release of All Claims in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

   2.   Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: December 16, 2009.

LAW OFFICES OF DAVID J. BENNION

By /s/ David J. Bennion
DAVID J. BENNION
Attorney for Plaintiff
BARBARA POVIO

///
///
///

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

J:\1159\SF0246\Pld\Stip of Dismissal.wpd

CASE NO. C 08-04051 SC

///

Dated: December 16, 2009.

                                        LOW, BALL & LYNCH

By _____
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendants
ANTHONY W. CONNER dba ANTHONY W. CONNER, INC. and TIMOTHY DUANE ALLEN

ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>POVIO v. ALLEN, et al.</u>, Case Number C 08-04051 SC, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: 12/16/09   _____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*